No. 94–5193. WESLEY v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 94–5195. CHRISTIANSON v. RELFE ET AL. Sup. Ct. Ala. Certiorari denied.

No. 94–5197. CURIALE ET UX. v. BURTON ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–5199. KIKUTS v. CLINTON COUNTY SOCIAL SERVICES ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–5200. VALLERA v. ENDICOTT, SUPERINTENDENT, COLUMBIA CORRECTIONAL INSTITUTION. C. A. 7th Cir. Certiorari denied.

No. 94–5203. CERVANTES DEGORTARI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–5204. HINES v. ROCHA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 94–5205. BOMBELA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5209. YBARRA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5210. SILVA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5211. BURDEN v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 94–5212. DIGIOIA v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–5213. BALDWIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5215. DAVIS v. WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 94–5217. GARCIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.